JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-09394-GW-Ex | Date | February 7, 2022 |
| Title | Connie Colin v. Alpargatas USA, Inc., et al. | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| D. Rojas for Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Sweetnam (telephonic) | Anahit Tagvoryan (telephonic) |

**PROCEEDINGS:** **TELEPHONIC HEARING ON PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [15]**

The Court's Tentative Ruling was issued on February 4, 2022 [30]. Oral argument is held. The Tentative circulated is adopted as the Court's Final Ruling. The Court GRANTS the Motion to Remand the Action to State Court [15].

**IT IS SO ORDERED.**

| | 00 : 05 |
|---|---|
| Initials of Preparer | dr |